# FSA Time Credit Assessment

Register Number:20953-041, Last Name:HANSMEIER

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 20953-041
Inmate Name
Last.............: HANSMEIER
First............: PAUL
Middle...........: R
Suffix...........:
Gender.............: MALE
Start Incarceration: 07-09-2019

Responsible Facility: SST
Assessment Date.....: 09-05-2024
Period Start/Stop...: 07-09-2019 to 09-05-2024
Accrued Pgm Days....: 1885
Disallowed Pgm Days.: 0
FTC Towards RRC/HC..: 535
FTC Towards Release.: 365
Apply FTC to Release: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-09-2019 | 02-02-2020 | accrue | 208 |

Accrued Pgm Days...: 208
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-02-2020 | 09-05-2024 | accrue | 1677 |

Accrued Pgm Days...: 1677
Carry Over Pgm Days: 28
Time Credit Factor.: 15
Time Credits.......: 840

RECEIVED BY MAIL
SEP 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**--- FSA Assessment ---**

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | Factor |
|---|---|---|---|---|---|---|
| 001 | 07-09-2019 | 08-06-2019 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 10 |
| 002 | 08-06-2019 | 02-02-2020 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 10 |
| 003 | 02-02-2020 | 07-31-2020 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 15 |
| 004 | 07-31-2020 | 01-27-2021 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 15 |
| 005 | 01-27-2021 | 07-26-2021 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 15 |
| 006 | 07-26-2021 | 01-22-2022 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 15 |
| 007 | 01-22-2022 | 07-21-2022 | ACTUAL | FSA R-LW | 04-28-2021 1210 | 15 |
| 008 | 07-21-2022 | 01-17-2023 | ACTUAL | FSA R-MIN | 05-16-2022 1939 | 15 |
| 009 | 01-17-2023 | 07-16-2023 | ACTUAL | FSA R-MIN | 11-07-2022 1017 | 15 |
| 010 | 07-16-2023 | 01-12-2024 | ACTUAL | FSA R-MIN | 04-28-2023 1119 | 15 |
| 011 | 01-12-2024 | 07-10-2024 | ACTUAL | FSA R-MIN | 11-02-2023 0653 | 15 |
| 012 | 07-10-2024 | 01-06-2025 | ACTUAL | FSA R-MIN | 04-11-2024 1257 | 15 |

**--- Planning ---**

Projected Release Date: 06-12-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 06-12-2030
FSA Projected Release Method: FSA REL

SCANNED
SEP 08 2026
U.S. DISTRICT COURT MPLS

Ex. A - 001

# FSA Time Credit Assessment

**Register Number:20953-041, Last Name:HANSMEIER**

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

FSA Conditional Release Date: 06-12-2030
FSA Conditional Placement Days: 1585
FSA Conditional Placement Date: 02-08-2026
SCA Proposed Placement Days: N/A
SCA Proposed Placement Date: N/A

Ex. A -002

# FSA Time Credit Assessment

Register Number:20953-041, Last Name:HANSMEIER

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 20953-041
Inmate Name
Last.............: HANSMEIER
First............: PAUL
Middle...........: R
Suffix...........:
Gender.............: MALE
Start Incarceration: 07-09-2019

Responsible Facility: SST
Assessment Date.....: 12-01-2024
Period Start/Stop...: 07-09-2019 to 12-01-2024
Accrued Pgm Days....: 1972
Disallowed Pgm Days.: 0
FTC Towards RRC/HC..: 580
FTC Towards Release.: 365
Apply FTC to Release: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 07-09-2019 | 02-02-2020 | accrue | 208 |

Accrued Pgm Days...: 208
Carry Over Pgm Days: 0
Time Credit Factor.: 10
Time Credits.......: 60

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-02-2020 | 12-01-2024 | accrue | 1764 |

Accrued Pgm Days...: 1764
Carry Over Pgm Days: 28
Time Credit Factor.: 15
Time Credits.......: 885

**--- FSA Assessment(s) ---**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 07-09-2019 | 08-06-2019 | R-LW | 04-28-2021 12:10 | 10 |
| 002 | 08-06-2019 | 02-02-2020 | R-LW | 04-28-2021 12:10 | 10 |
| 003 | 02-02-2020 | 07-31-2020 | R-LW | 04-28-2021 12:10 | 15 |
| 004 | 07-31-2020 | 01-27-2021 | R-LW | 04-28-2021 12:10 | 15 |
| 005 | 01-27-2021 | 07-26-2021 | R-LW | 04-28-2021 12:10 | 15 |
| 006 | 07-26-2021 | 01-22-2022 | R-LW | 04-28-2021 12:10 | 15 |
| 007 | 01-22-2022 | 07-21-2022 | R-LW | 04-28-2021 12:10 | 15 |
| 008 | 07-21-2022 | 01-17-2023 | R-MIN | 05-16-2022 19:39 | 15 |
| 009 | 01-17-2023 | 07-16-2023 | R-MIN | 11-07-2022 10:17 | 15 |
| 010 | 07-16-2023 | 01-12-2024 | R-MIN | 04-28-2023 11:19 | 15 |
| 011 | 01-12-2024 | 07-10-2024 | R-MIN | 11-02-2023 06:53 | 15 |
| 012 | 07-10-2024 | 01-06-2025 | R-MIN | 04-11-2024 12:57 | 15 |

Ex. B -001

# FSA Time Credit Assessment

Register Number:20953-041, Last Name:HANSMEIER

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------

All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-01-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

---

Projected Release Date: 06-12-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 06-12-2030
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 06-12-2030
SCA Conditional Placement Days: 365*
SCA Conditional Placement Date: 06-12-2029*
FSA Conditional Placement Days: 1045
FSA Conditional Placement Date: 08-02-2027
Conditional Transition To Community Date: 08-02-2026*
*Default SCA conditional placement days. This requires a five-factor review!

Ex. B-002

# Inmate Message

## First Step Act Time Credits Calculation

- In January 2022, the federal regulations were published describing how First Step Act time credits (FTCs) are earned and applied. BOP used this guidance to calculate FTCs, and more recently an automated calculator was implemented.
- When this automation happened, some of you may have noticed your time credit balance decreased. The primary reasons for this change are because some inmates did not complete needs assessments and/or declined programs.
- To assist inmates in addressing these issues, Unit Team staff will receive rosters identifying the individuals who lost credit.
- **A grace period will be available until December 31, 2022, to allow you the opportunity to complete all needs assessments or address any declined programs.** During this period, the agency will work to assist all inmates in completing their needs assessments, and if completed by December 31, 2022, you will earn available FTCs.
- Needs assessments will be reissued during this time period to inmates with unassessed needs. In addition, any decline codes in place up to December 31, 2022, will not result in an inmate being placed in non-earning status. The BOP will work with inmates to develop a new plan if you have program decline codes and will only withhold if an inmate again declines to participate in a recommended program.
- **Beginning January 1, 2023, full automation will begin, and any incomplete needs assessments or any declined to participate codes will lead to you not earning FTCs in accordance with the federal regulations.**
- Failure to resolve these issues by the deadline will result in inmates being ineligible to earn or apply the time credits earned when the full auto-calculation resumes (and accounts for program declines and missing needs assessments).
- Three additional changes are being made to how credits are calculated:
    - First, you will soon be able to see all potential FTC you may earn over the course of your sentence. This number is only an estimate; it is not a guarantee and may change depending on your

HANSMEIER, PAUL 20953041

Ex. C-001

successful participation in programming or non-participation.

- Second, you will be able to earn credit while in administrative detention. In doing so, it is expected that you will continue participating in available programming opportunities provided to you.
- Finally, you will be able to continue earning credit while in the community, so long as you continue to successfully comply with all the rules and procedures of pre-release custody.