Inmate Name Paul Hansmeier
Registration # 20953-041
Federal Prison Camp
P.O. Box 1000
Duluth, Minnesota 55814



⇔20953-041⇔
District Court
300 S 4TH ST
Clerk of Court
Minneapolis, MN 55415
United States

SCANNED
SEP 08 2026
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
SEP 08 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA